FILED

01/03/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0355

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0355

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

COLE MICHAEL JACOB,

      Defendant and Appellant.

## ORDER

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the State is granted an extension of time to and including February 12, 2025, within which to prepare, file, and serve the Appellee's response brief.

SK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 3 2025